UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TAMEIKA LAQUISHA HAWKINS,<br><br>                    Plaintiff,<br><br>         -against-<br><br>SILVESTRE ROOK,<br><br>                    Defendant. | 22-CV-3153 (ER)<br><br>ORDER OF SERVICE |

EDGARDO RAMOS, United States District Judge:

   Plaintiff, who is proceeding *pro se*, paid the filing fees to commence this action.

   The Clerk of Court is directed to issue a summons as to Defendant Silvestre Rook. Plaintiff is directed to serve the summons and complaint on Defendant within 90 days of the issuance of the summons. If within those 90 days, Plaintiff has not either served Defendant or requested an extension of time to do so, the Court may dismiss the claims against Defendant under Rules 4 and 41 of the Federal Rules of Civil Procedure for failure to prosecute.

SO ORDERED.

Dated:   April 20, 2022
         New York, New York

                                                    _____
                                                    EDGARDO RAMOS
                                                    United States District Judge