UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TAMEIKA LAQUISHA HAWKINS,

                Plaintiff,

- against -

SILVESTRE ROOK,

                Defendant.

**ORDER**
22 Civ. 3153 (ER)

Ramos, D.J.:

      On April 18, 2022, Tameika Laquisha Hawkins, *pro se*, brought this action against Silvestre Rook, *pro se*. The complaint alleges that the Court has diversity jurisdiction over the dispute. *Id*. On May 11, 2022, Rook filed a letter with the Court, arguing that the complaint fails to plead that the amount in controversy exceeds $75,000. Doc. 7.

      Hawkins is directed to respond to the allegations set forth in Rook's letter by October 21, 2022. Failure to respond by that date may result in dismissal of this case.

It is SO ORDERED.

Dated:  October 6, 2022
            New York, New York

                                                  EDGARDO RAMOS, U.S.D.J.