UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TAMEIKA LAQUISHA HAWKINS,

                Plaintiff,

– against –

SILVESTRE ROOK,

                Defendant.

**ORDER**

22 Civ. 3153 (ER)

Ramos, D.J.:

       On April 18, 2022, Tameika Laquisha Hawkins, *pro se*, brought this action against Silvestre Rook, *pro se*. The complaint alleges that the Court has diversity jurisdiction over the dispute. *Id*. On May 11, 2022, Rook filed a letter with the Court, arguing that the complaint fails to plead that the amount in controversy exceeds $75,000. Doc. 7.

       On October 5, 2022, the Court directed Hawkins to respond to the allegations set forth in Rook's letter by October 21, 2022. Doc. 8. The Court further warned that failure to do so may result in dismissal of this case. *Id*.

       To date, Hawkins has not responded to Rook's allegations or taken any action in furtherance of this case. This case is therefore dismissed for failure to prosecute. The Clerk of Court is respectfully directed to close this case and mail a letter of this order to Hawkins and Rook.

       It is SO ORDERED.

Dated:   March 30, 2023
             New York, New York

                                                          EDGARDO RAMOS, U.S.D.J.